```
                         United States Bankruptcy Court
                          Central District of California
In re:                                                            Case No. 19-15624-SY
Jacob John Ramirez                                                Chapter 7
Betty Jean Nuno
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0973-6          User: admin                 Page 1 of 2         Date Rcvd: Oct 07, 2019
                              Form ID: 318a               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db/jdb         +Jacob John Ramirez,    Betty Jean Nuno,    1201 Cabrillo Dr,    Barstow, CA 92311-6710
39645054       +American Honda Finance,    10801 Walker St,     Cypress, CA 90630-5043
39645052       +American Honda Finance,    10801 Walker St Ste 140,     Cypress, CA 90630-5042
39645056       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
39645061       +Collection Bureau of America,    25954 Eden Landing Rd., 1st Floor,    Hayward, CA 94545-3837
39645062       +Edc/mesa Properties In,    499 N Central Ave Ste A,    Upland, CA 91786-7270
39645064       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
39645063       +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
39645071       +Winn Law Group,    110 E. Wilshire Ave., Ste. 212,    Fullerton, CA 92832-1960

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRWHITMORE.COM Oct 08 2019 08:08:00      Robert Whitmore (TR),    3600 Lime St Ste 616,
                 Riverside, CA 92501-0933
smg             EDI: EDD.COM Oct 08 2019 08:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Oct 08 2019 08:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
39645053        EDI: HNDA.COM Oct 08 2019 08:08:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
39645055        EDI: BANKAMER.COM Oct 08 2019 08:08:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
39645057        E-mail/Text: bankruptcy@cavps.com Oct 08 2019 04:24:28      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
39645058       +E-mail/Text: bankruptcy@cavps.com Oct 08 2019 04:24:28      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
39645060       +EDI: CHASE.COM Oct 08 2019 08:08:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
39645059       +EDI: CHASE.COM Oct 08 2019 08:08:00      Chase Card Services,    Po Box 15369,
                 Wilmington, DE 19850-5369
39645065       +E-mail/Text: litigationintake@metlife.com Oct 08 2019 04:24:59      Metlife,    200 Park Avenue,
                 New York, NY 10166-0005
39645066        EDI: RMSC.COM Oct 08 2019 08:08:00      PayPal,    P.O. Box 71202,    Charlotte, NC 28272-1202
39645067        E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Oct 08 2019 04:24:47      SchoolsFirst FCU,
                 15442 Del Amo Av,    Tustin, CA 92780
39645068       +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Oct 08 2019 04:24:47      SchoolsFirst FCU,
                 Attn: Bankruptcy,    Po Box 11547,    Santa Ana, CA 92711-1547
39645070       +EDI: WFFC.COM Oct 08 2019 08:08:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
39645069        EDI: WFFC.COM Oct 08 2019 08:08:00      Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0973-6           User: admin              Page 2 of 2                   Date Rcvd: Oct 07, 2019
                               Form ID: 318a            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
        Nicholas Nicholas Wajda    on behalf of Joint Debtor Betty Jean Nuno info@wajdalawgroup.com,
         r47098@notify.bestcase.com
        Nicholas Nicholas Wajda    on behalf of Debtor Jacob John Ramirez info@wajdalawgroup.com,
         r47098@notify.bestcase.com
        Robert   Whitmore (TR)    rswtrustee@yahoo.com,   rwhitmore@ecf.axosfs.com
        United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
        Valerie   Smith    on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                                                           TOTAL: 5

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jacob John Ramirez** | Social Security number or ITIN  **xxx−xx−1082** |
| First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2  **Betty Jean Nuno** | Social Security number or ITIN  **xxx−xx−9335** |
| (Spouse, if filing)  First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | |
| Case number:  **6:19−bk−15624−SY** | |

# Order of Discharge – Chapter 7     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacob John Ramirez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/7/19

Betty Jean Nuno
aka Betty Jean Nuno−Ramirez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 10/7/19

**Dated:** 10/7/19

**By the court:** Scott H. Yun
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**13/AUT**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc                **Order of Chapter 7 Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 2